1
2
3
4
5
6
7
8

FILED
CLERK, U.S. DISTRICT COURT

JUL - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEREMY KIDWELL CORR, | ) | No. CV 2:11-cv-7890-E |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| vs. | ) | ORDER FOR THE AWARD OF |
| | ) | ATTORNEY FEES |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

### ORDER

**IT IS SO ORDERED** that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

Dated: 7/9/12

THE HONORABLE CHARLES F. EICK
United States Magistrate Judge