FILED
CLERK, U.S. DISTRICT COURT

JUL - 9 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT,

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY KIDWELL CORR,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | No. CV 2:11-cv-7890-E<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER FOR THE AWARD OF<br>ATTORNEY FEES |

### ORDER

**IT IS SO ORDERED** that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

Dated: 7/9/12

_____
THE HONORABLE CHARLES F. EICK
United States Magistrate Judge